UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jhon Jairo Ceron-Perez, | File No. 24-cv-4109 (ECT/ECW) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| FCI Sandstone, *Warden*, | |
| Respondent. | |

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on December 13, 2024. ECF No. 6. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 6] is **ACCEPTED**;

2. Petitioner Jhon Jairo Ceron-Perez's petition for writ of habeas corpus [ECF No. 1] is **DENIED**; and

3. The action is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 13, 2025         s/ Eric C. Tostrud
                                Eric C. Tostrud
                                United States District Court